IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JUAN CASTREJON,<br><br>      Defendant. | 8:12CR131<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

  The defendant appeared before the Court on September 14, 2020 regarding Petition for Offender Under Supervision [98]. Richard McWilliams represented the defendant. Patrick McGee represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

  The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge Laurie Smith Camp in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 2:30 p.m. on October 8, 2020.

  The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision to include that he must immediately enroll in an intervention program for anger management and/or domestic violence that is approved by his probation officer.

  **IT IS SO ORDERED**.

  Dated this 14th day of September, 2020.

                       BY THE COURT:

                        s/ Susan M. Bazis
                        United States Magistrate Judge